**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

J.D.

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Sammaica v. Osei
_____

Jane Doe1,
Jane Doe2
John Doe3 Police Office
John Doe4 Police Officer
_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☐ Yes ☐ No

(check one)

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach additional sheets of paper as necessary.

| Plaintiff | Name | J.D. |
| | Street Address | 180Talmadge rd |
| | County, City | Edison |
| | State & Zip Code | New Jersey 08817 |
| | Telephone Number | |

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1

Name ____Sammaica V Osei_____

Street Address ____680 pfeiffer boulevard_____

County, City ____perth amboy_____

State & Zip Code ____new jersey 08861_____

Defendant No. 2

Name ____Jane Doe1, Jane Doe2, John Doe3 Police officer, John Doe4 Police officer

Street Address ____680 Pfeiffer Boulevard_____

County, City ____Perth Amboy_____

State & Zip Code ____New Jersey 08861_____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions          [ ] Diversity of Citizenship          42 u.s.c 1983, 1982, 1981

[ ] U.S. Government Plaintiff          [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ____Due process, unreasonable search and seizure, infringement of privacy_____

____New Jersey Civil Right Act, 14th amendment to the constitional_____

_____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship _____

      Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur?   at my house _____

_____

B.      What date and approximate time did the events giving rise to your claim(s) occur?   _____
a few months back some times in the afternoon _____

_____

C.      Facts:    please see attachment _____

[What happened to you?]

_____

_____

_____

_____

_____

[Who did what?]

_____

_____

_____

_____

[Was anyone else involved?]

_____

_____

_____

_____

[Who else saw what happened?]

_____

_____

_____

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

ask the defendant to justify their conduct or else they shall be fired from their jobs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

02/28/2025

Signed this_____day of_____, 20_____.


Signature of Plaintiff _____

Mailing Address   180 Talmadge Rd_____

                  Edison Nj 08817_____

                  _____

Telephone Number  _____

Fax Number *(if you have one)*  _____

E-mail Address    _____


Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.


Signature of Plaintiff: